UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEDRIC MACK, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No.   4:09CV00026 SNLJ |
| LARRY CRAWFORD, et al., | ) ) ) |
| Defendant. | ) |

## ORDER AND MEMORANDUM

Plaintiff, a prisoner currently confined at the Eastern Reception Diagnostic and Correctional Center ("ERDCC"), has submitted a motion to proceed in forma pauperis [Doc. #2]. Plaintiff, however, has failed to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). On January 21, 2009, plaintiff filed a motion requesting the Court to allow him to make payments to the Court without having to submit an inmate account statement, because he has been unsuccessful in obtaining his inmate account statement from ERDCC [Doc. #3].

At this time, the Court will order plaintiff to again attempt to obtain a certified copy of his prison account statement and to submit said statement to the Court within thirty days of the date of this Order. If plaintiff is still unable to secure a certified copy of his prison account statement within thirty days, he shall notify the Court, in writing, on or before March 6, 2009, of the efforts he has made. This matter will then be resubmitted to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff is unable to secure a certified copy of his prison account statement within thirty days, he shall notify the Court, in writing, on or before March 6, 2009, of the efforts he has made.

**IT IS FURTHER ORDERED** that plaintiff's pro se motion to proceed without the necessity of submitting a certified copy of his prison account statement [Doc. #3] is **DENIED**, without prejudice.

Dated this __6th__ day of __February__, 2009.

_____
STEPHEN N LIMBAUGH JR.
UNITED STATES DISTRICT JUDGE